FILED: 11/26/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Adrian Hill, et al.*, | CASE NO. CV 12-6586-GHK (JCx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *US Bank, N.A., et al.*, | |
| Defendants. | |

Pursuant to the Court's November 26, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Adrian and Ethel Hill's ("Plaintiffs") claims against Defendants US Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Wells Fargo Bank, N.A. dba America's Servicing Company, are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

IT IS SO ORDERED.

DATED: November 26, 2012

_____
GEORGE H. KING
Chief United States District Judge